```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

JAN MCRAVEN, GUARDIAN OF THE PERSON
AND ESTATE OF STEVEN MCFARLAND,
AN INCAPACITATED PERSON
                                                   PLAINTIFF

         vs.            CASE NO. 07-6019

LARRY SANDERS, INDIVIDUALLY AND
AS SHERIFF OF GARLAND COUNTY, ARKANSAS;
CAPTAIN MELVIN STEED, INDIVIDUALLY AND AS
JAIL ADMINISTRATOR FOR ADULT DETENTION FOR
GARLAND COUNTY, ARKANSAS; LT. JUDY MCMURRIAN
INDIVIDUALLY AND AS A SUPERVISORY OFFICER
FOR GARLAND COUNTY ARKANSAS; SGT. RONALD
RADLEY, INDIVIDUALLY AND AS 7am-3pm SHIFT
SUPERVISOR FOR THE GARLAND COUNTY ADULT
DETENTION CENTER; SGT. DONALD ANSLEY,
INDIVIDUAL AND AS 3pm-11pm SHIFT
SUPERVISOR FOR THE GARLAND COUNTY ADULT
DETENTION CENTER; DEPUTY JOHN DODGE,
INDIVIDUALLY AND AS AN OFFICER OF THE GARLAND
COUNTY SHERIFF'S DEPARTMENT; DEPUTY J.D. HENRY,
INDIVIDUALLY AND AS AN OFFICER OF THE GARLAND
COUNTY SHERIFF'S DEPARTMENT; AND NURSE TOMMY L.
HARMON, LPN INDIVIDUALLY AND AS NURSE FOR THE
GARLAND COUNTY ADULT DETENTION CENTER         DEFENDANTS

**ORDER**

Defendants have filed a Notice of Interlocutory Appeal (Doc. 72) on the Court's denial of qualified immunity. A Defendant is entitled to file an interlocutory appeal of a district court's denial of qualified immunity pursuant to the collateral order doctrine. *Ottman v. City of Independence, Mo.*, 341 F.3d 751, 755-56 (8th Cir. 2003). A denial of a state official's assertion of qualified immunity is immediately appealable. *Irving v. Dormire*, 519 F.3d 441, 445 (8th Cir. 2008).

Based on the foregoing, the Court orders a **STAY** of the proceedings, including the trial scheduled to begin Monday, October 27, pending the Eighth Circuit's ruling.

IT IS SO ORDERED this 22nd day of October, 2008.

                                           */s/ Robert T. Dawson*
                                           Honorable Robert T. Dawson
                                           United States District Judge