Westin Cupples Station St. Louis
811 Spruce Street
Saint Louis, MO 63102
314-621-2000 / 314-552-5700
http://www.starwood.com/



# WESTIN
## HOTELS & RESORTS

Welch, Morgan
Thor/tmc

| | | |
|---|---|---|
| Page Number | 1 | |
| Guest Number | 232630 | |
| Folio ID | A | |
| No. Of Guest | 1 | |
| Room Number | 356 | |
| Time | 02-24-2010 14:04 | |

| | |
|---|---|
| Invoice Nbr | 1000009079 |
| Arrive Date | 06-09-2009 |
| Depart Date | 06-10-2009 |

Duplicate Invoice

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 06-09-2009 | 1829240 | Clark Street Grill | $90.43 | |
| 06-09-2009 | RT356 | Room Charge | $379.00 | |
| 06-09-2009 | RT356 | State Tax | $31.23 | |
| 06-09-2009 | RT356 | Tourism Tax | $14.21 | |
| 06-09-2009 | RT356 | Occupancy Tax | $13.27 | |
| 06-10-2009 | VI | Visa | | $-528.14 |
| | | ** Total | $528.14 | $-528.14 |
| | | ** Balance | $0.00 | |

```
                                                        0.00
                                                        0.00
                                                        0.00
                                                        0.00
                                                        0.00
```

G.S.T. # RT 13-481992

Continued on the next page



EXHIBIT B

Westin Cupples Station St. Louis
811 Spruce Street
Saint Louis, MO 63102
314-621-2000 / 314-552-5700
http://www.starwood.com/



| | | | | |
|---|---|---|---|---|
| Welch, Morgan | Page Number | 2 | Invoice Nbr | 1000009079 |
| Thor/tmc | Guest Number | 232630 | Arrive Date | 06-09-2009 |
| | Folio ID | A | Depart Date | 06-10-2009 |
| | No. Of Guest | 1 | | |
| | Room Number | 356 | | |
| | Time | 02-24-2010 14:04 | | |

Duplicate Invoice

As a Starwood Preferred Guest, you could have earned 938 Starpoints for this visit. Please provide your member number or enroll today.

Thank you for choosing The Westin St. Louis. We look forward to welcoming you back soon!


Signature_____

Morgan Welch  
Thor/tmc

627  
379.00  
1  
232629    A  
1  
09-JUN-09  20:24  
10-JUN-09  11:12  
VI

Poe Travel  
915 Cumberland Street  
P O Box 2576  
Little Rock, AR 72203-25

| Date | Code | Description | Amount |
|---|---|---|---|
| 09-JUN-09 | RT627 | Room Charge | 379.00 |
| 09-JUN-09 | RT627 | State Tax | 31.23 |
| 09-JUN-09 | RT627 | Tourism Tax | 14.21 |
| 09-JUN-09 | RT627 | Occupancy Tax | 13.27 |
| 10-JUN-09 | VI | Visa | 437.71- |

Balance Due                0.00

EXPENSE REPORT SUMMARY

| Date | Rm & tx | F & B | Telecom | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 09-JUN-09 | 437.71 | 0.00 | 0.00 | 0.00 | 437.71 | 0.00 |
| 10-JUN-09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 437.71- |
| Total | 437.71 | 0.00 | 0.00 | 0.00 | 437.71 | 437.71- |

Thank you for choosing The Westin St. Louis. We look forward to welcoming you back soon!

As a Starwood Preferred Guest, you could have earned 758 Starpoints for this visit. Please provide your member number or enroll today.  
Morgan Welch  
FOLIO  232629   09-JUN-09

