IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS,
HOT SPRINGS DIVISION

JAN MCRAVEN, GUARDIAN OF THE PERSON
AND ESTATE OF STEVEN MCFARLAND,
AN INCAPACITATED PERSON                                          PLAINTIFF

v.                    Case No.: 6:07cv06019RTD

JUDY MCMURRIAN; RONALD
RADLEY; DAN ANSLEY;
JOHN DODGE; J.D. HENRY,
and TOMMY L. HARMON                                              DEFENDANTS

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Jan McRaven, Guardian of the Person and Estate of Steven McFarland, an Incapacitated Person, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Memorandum and Opinion granting Defendant Larry Sanders, Individually and as Sheriff of Garland County, Arkansas', and Mel Steed, Individually, and as Jail Administrator for Garland County, Arkansas', Motion for Summary Judgment, based upon their assertion of qualified immunity, entered into this action on October 21, 2008.

Trial in this matter concluded with a Plaintiff's verdict against individual defendants Dan Ansley and Tommy Harmon on December 5, 2009, with final judgment entered on December 20, 2009.  By order of the district court on February 11, 2010, Defendants' Motion for New Trial

as Provided by Rule 59; or, in the Alternative, Motion for Directed Verdict and Judgment Notwithstanding Verdict as Provided by Rule 50 was denied.

                    Respectfully Submitted,

                    By: */s/ Ashley Welch Hudson*
                    Ashley Welch Hudson,
                    AR Bar #2007136
                    Welch, Brewer and Hudson, LLC
                    One Riverfront Place, Suite 413
                    North Little Rock, AR 72114
                    (501) 978-3030 phone
                    (501) 978-3050 facsimile
                    Email: ahudson@wbhlawfirm.com

## **CERTIFICATE OF SERVICE**

I, Ashley Welch Hudson, hereby certify that on this 4th day of March, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

    Ralph C. Ohm, Esq.
    Attorney at Law
    P. O. Box 1558
    Hot Springs, AR 71902-1558

    Richard E. Holiman, Esq.
    Attorney at Law
    400 W. Capitol Ave., Suite 1700
    Little Rock, AR 72201

                    /s/ *Ashley Welch Hudson*