## UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HOT SPRINGS DIVISION

JAN MCRAVEN                                                      APPELLEE

VS.            Eighth Circuit Appellate Case No. 10-1551
                 District Court Case No. 07-6019

SGT. DAN ANSLEY, et al                                 APPELLANTS

### SATISFACTION OF JUDGMENT

This Court entered a judgment in this case on or about the 30th day of December, 2009, in favor of the Plaintiff for recovery in the sum of $5 million in damages and an additional $100,00.00 each in punitive damages against separate Defendants, Sgt. Donald Ansley and Tommy Harmon. Furthermore, this Curt by Order dated the 3rd day of March, 2010, awarded Plaintiff attorney's fees of $40,522.71 and cost of $20,289.50, against these same two separate Defendants. The parties have reached a settlement agreement in the sum of Four Hundred Fifty Thousand Dollars ($450,000.00). Defendants have paid all amounts provided pursuant to this Settlement Agreement. By payment of this settlement amount, this judgment is satisfied and this cause should be dismissed with prejudice, and the Clerk of the Court, by any Deputy, should be authorized to dismiss this case and enter the satisfaction by marginal endorsement on behalf of the Plaintiff.

Prepared by:

*/s/ Ralph C. Ohm*
Ralph C. Ohm
Attorney for Defendants
P.O. Box 1558
Hot Springs, AR 71902-1558
(501) 624-7555
(501) 624-7575 Fax

Approved by :

_____
Morgan E. Welch
Attorney for Plaintiff
Welch and Brewer, LLC
One Riverfront Dr., Suite 413
North Little Rock, AR 72114

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that a copy of the above and foregoing pleading was this 27th day of August, 2010, served by U.S. Mail, postage paid to:

Morgan E. Welch
Welch and Brewer, LLC
One Riverfront Dr., Suite 413
North Little Rock, AR 72114

_____
Ralph C. Ohm

SATISFACTION OF JUDGMENT